United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **FAREED KAMRAN CHISHTY,** Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-524** |
| | § | |
| **MARKWAYNE MULLIN,** | § | |
| Secretary of Homeland Security, Et. Al., | § | |
| Respondents. | § | |

**ORDER**

Before the Court are Petitioner Fareed Kamran Chishty's: (1) Petition for Writ of Habeas Corpus ("§ 2241 Petition"); (2) Motion for Order to Show Cause; and (3) Motion for Expedited Consideration. *See* Dkt. Nos. 1, 5, 6. Chishty's § 2241 Petition names numerous Respondents (collectively, the "Government"). Dkt. No. 1 at 2-3. To the extent that Chishty seeks an Order from this Court requiring the Government to file a response, his Motion for Order to Show Cause [Dkt. No. 5] is **GRANTED**. The Government is **ORDERED** to file a response to Chishty's § 2241 Petition and Motion for Expedited Consideration on or before **September 18, 2026**. If Chishty wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED.**

**SIGNED** on this **3rd** day of **September, 2026**, at Brownsville, Texas.

______________________________
**Ignacio Torteya, III**
**United States Magistrate Judge**